BECKHAM COUNTY
FILED
OCT 2 4 2023
DONNA HOWELL, COURT CLERK
BY_____ DEPUTY

## IN THE DISTRICT COURT OF BECKHAM COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA | SS

COUNTY OF BECKHAM|

| | |
|---|---|
| :Roman – Vladimirovich; Serpik: living man ) Case No. CJ-23-144 | |
| v.            Plaintiff,                             ) | |
| 1. Angel C. Marsee                          ) | |
| 2. Gina Webb                                  ) | **COMPLAINT AND JURY DEMAND** |
| 3. Michelle K. Roper                        ) | |
| 4. Jill C. Weedon                             ) | |
| 5. Colby Vaughan                            ) | |
| Individual man/woman and              ) | |
| Official Capacities                           ) | |
|            Defendant(s).                        ) | |

Date: October 23rd 2023

### PLAINTIFF :Roman – Vladimirovich; Serpik: CIVIL RIGHTS COMPLAINT FOR 42 U.S.C. § 1983, DEPRIVATION OF RIGHTS

**NOW COMES,** Plaintiff, :Roman – Vladimirovich; Serpik: living flesh blood living man, and for his Complaint against Defendant(s) states as follows:

### DISCOVERY/CAUSE OF ACTION:

Plaintiff intends to sue for state federal and Common Law Violations 42 U.S.C. § 1983; 18 U.S. Code § 1038; 18 U.S. Code § 1589(3)-X2; 18 U.S. Code § 241; 18 U.S. Code § 1001.

### PARTIES:

1. Gina Webb – Beckham County, Sayre Oklahoma Court Floor 2
2. Jill C. Weedon -Custer County Court, Arapaho Oklahoma
3. Angela C. Marsee-Beckham County, Sayre Oklahoma Court Floor 2

1 | Page

**Exhibit 2**

4. Michelle K. Roper - Beckham County, Sayre Oklahoma Court Floor 2
5. Colby Vaughan – State Patrol TOOP H Clinton Oklahoma

**JURISDICTION:**

The court has jurisdiction over Defendant(s) 1: Gina Webb; 2. Jill Weedon; 3: Angela Marsee; 4: Michelle K. Roper; 5: Colby Vaughan, are residents of the State of Oklahoma/District of Columbia. The court has jurisdiction because Plaintiffs Damages are within the jurisdiction limits of the Court.

**VENUE:**

42 U.S.C. § 1983 Federal and State courts can here same cause of actions

**FACTUAL ALLEGATIONS**

1. on January 19th 2023, Colby Vaughan and Pate Gossen arrested living man :Roman-Vladimirovich; Serpik: without Due Process pursuant O.S.12 § 22-181 and State and U.S. Constitution. ¶23 *A traffic stop is clearly a seizure under the Fourth Amendment.* **Seabolt v. State, 2006 OK CR 50, ¶ 6, 152 P.3d 235,**

2. Colby Vaughan on January 19th, 2023, when court was still active took the Plaintiff herein straight to jail without a hearing as required by law. Colby Vaughan 'Probable Cause' for arrest was challenged pursuant: **STEWART v. STATE 2019 OK CR 6 Case Number: F-2017-622 Decided: 05/16/2019 DAKOTA WILLIAM STEWART, Appellant v. THE STATE OF OKLAHOMA, Appellee. Sec.II, P 10, 3 paragraph:**

**Johnson v. United States, 333 U.S. 10, 13--14, 68 S. Ct. 367, 369, 92 L. Ed. 436 (1948).**
*While Section 10-104(B) does not delegate the finding of probable cause to law enforcement officers, its inherent pronouncement of probable cause in an entire category of cases has impermissibly dispensed with the necessity of an individualized assessment of probable cause by a magistrate on a case-by-case basis.*

3. Colby Vaughan and Pate Gossen decided on their own whether there was Probable Cause or not, and denied Plaintiff 'Due Process': *"The courts are not bound by an*

Exhibit 2

*officer's interpretation of the law under which he presumed to act."* **Hoffsomer v. Hayes, 92 Okla. 32, 227 F. 417**

4. On the Jail deposit document Colby Vaughan did not list Pate Gossens name in the arrest and changed the name as seen in Jury Instruction on 23rd October 2023 to ROMAN VLADIMIROVICH SERPIK, then ROMAN SERPIK than misrepresented his documents to the jail by stating the 1st arrest aka Traffic Light violation was a "CRIME" which was a lie. Evidenced as attached EXHIBIT I.

5. On or about January 25th, 2023, Gina Webb and Angela Marsee filed in Beckham County Case No.CM-23-31 "INFORMATION" containing pursuant *18 U.S. Code § 1038* - False information: *"conduct …convey false…misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken"*, including pursuant *18 U.S. Code § 1038(a)(1):* *"falsifies, conceals, or covers up by any trick, scheme;(2):makes any materially false, fictitious, or fraudulent statement.* Angela Marsee and Gina Webb on there INFORMATION (attached as EXHIBIT II.) after "FOR" wrote: "COUNT 2: FAILURE TO STOP AT RED LIGHT – 47 O.S. § 11-202, a MISDEAMEANOR"

6. Despite the challenge of the false document by the Plaintiff in Beckham Case CM-23-31, the defendants proceeded to file and bring before Michelle K. Roper who is know as a "DISTRICT JUDGE" at the Beckham County Court Sayre Oklahoma the INFORMATION document containing false and misleading information under COUNT 2 where it lists FAILURE TO STOP AS A MISDEAMEANOR, is false, as under 47 O.S. § 11-202 no where in that Oklahoma Statute does it list that to be a "crime" and *"Traffic infractions are not a crime."* **People v. Battle**; *"Traffic infractions are not a crime."* **Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 169 N.E. 22**. of any kind and only gives a description of the light controls. Gina Webb and Angela Marsee wrote and created writing not-in

**Exhibit 2**

according to the way Oklahoma: "the code", was presented and misrepresented, that fact before Michelle Roper false arraignment on 26th 2023.

7. Angela Marsee dismissed a case in Beckham County Oklahoma TR-2020-1163 where the dismissal occurred in "True name" of Plaintiff as seen as EXHIBIT III. And after knowingly dismissing the TR-2020-1163 case in Beckham County, refiled in Beckham County case CM-23-31 under a fictitious name not one true man aka Plaintiff here in goes by, knowingly and falsely misrepresenting Plaintiffs true name and prosecuting case CM-23-31 in the "fictitious" name that Plaintiff owns aka ROMAN SERPIK LLC seen as Exhibit V.

8. Without proper arraignment of Plaintiff here-in, as defendant-in-error in case CM-23-31, Michelle Roper and Gina Webb on 26th January 2023 had their own hearing and did not involve the Plaintiff here-in and defendant-in-error in Case CM-23-31 for the INITIAL APPEARANCE document Michelle Roper filled-out using false and misleading information. Seen as EXHIBIT IV.

9. Trial evidence shall show that for roughly 7 months it was requested to Michelle Roper, Gina Webb, Angela Marsee, Jill Weedon to change the Defendant name in case CM-23-31 from ROMAN SERPIK to the way its listed on "JURY INSTRUCTION" provided 23rd October 2023 and is evidence of 2 different type of NAMES used and is misleading the Defendant-in-error in case CM-23-31 and misleading to the Jury in that trial, and is Fraud. Seen as EXHIBIT VI.

10. Jill C Weedon has also made threats in open court of CONTEMPT on May 3rd, 2023(Filed in Beckham County Court: May 5th, 2023), pursuant **Article VI of the U.S. Constitution** and *18 U.S. Code § 1589(3):"by means of threatened abuse of law...legal process"*.

11. Jill C. Weedon on October 20th, 2023, in Beckham County Case CM-23-31 threatened CONTEMPT again when defendant-in-error, who is Plaintiff in this case tried to assert

**Exhibit 2**

his God (Hashem) and religious rights for freedom of traveling and right to U.S. Constitutional Trial by Jury of his peers and 6th Amendment right to face his accuser was denied with the CONTEMPT.

12. Pursuant **15 OK Stat § 15-58 (2014)** *The suggestion, as a fact* COUNT 2 was a CRIME even though nowhere in Oklahoma statute a traffic infraction of that type is a crime. Michelle Roper, with Gina Webb and Angela Marsee (5): *"fitted to deceive..."* the Plaintiff in this case, as defendant-in-error in Case CM-23-31 to be ROMAN SERPIK all caps name. But in the JURY INSTRUCTION show the charges were portrayed in a proper case spelling which in law means different things, showing attempts at misleading.

13. In Case CM-23-31 for roughly 7-months the Plaintiff here-in but defendant-in-error in case CM-23-31 plead (MOTIONS) with Jill Weedon to change NAME from all caps to one of proper spelling because it held different legal and lawful meaning, was denied but then instantly on 23rd of October 2023 received "Jury Instructions" and "defendant" was listed under the proper name of Plaintiff here in creating a deception Gina Webb Angela Marsee Roper or Jill Weedon did not clarify even though DEMANDS in Case CM-23-31.

14. October 23rd 2023 it was identified that in case CM-23-31 that the listed Defendant is: "Roman Serpik, a/k/a, :Roman-V; Serpik:, a/k/a, Roman Vladimirovich Serpik, a/k/a Roman V. Serpik" but on October 20th 2023 in State filed documents the name was still presented as ROMAN SERPIK which even though appears the same is not. Under the Law Roman Serpik LLC, Roman Serpik (Estate -4437); Roman Vladimirovich Serpik Ein-7692 are different entities under the law.

15. On October 20th 2023 on the court record Jill Weedon stated Plaintiff was not to have a constitutional hearing where he can face a real living man that was injured and sustained some loss or harm in Case CM-23-31.

16. All parties agreed to be sued do their tacit procuration and even when given notice of the fraud the women/men listed here-in had ample notice and opportunity to cure.

**Exhibit 2**

17. On October 23rd 2023, I received JURY INSTRUCTIONS from Jill Weedons Offices that is attempting to deceive the jurors by misrepresenting Facts by calling a civilian infraction a crime. When there is no injured party or a forced contract or international contract or performance BOND for the Plaintiff here-in.

18. Government is BANKKRUPT and UNITED STATES in a Corporation as evidenced USC 28 3002 sec. 15(A)(B)(C) and Officials are as set forth in The Clearfield Doctrine: **Clearfield Trust Co. v. United States, 318 U.S. 363-371**, States: "*Governments descend to the level of mere private corporations...*" All parties herein agreed to be sued. The Article of Fraud Occurring in Court may be seen as EXHIBIT VII.

19. All parties herein pursuant **18 U.S. Code § 241** - Conspired against Plaintiffs rights.

**THEREFORE**, Plaintiff demands Judgement against Defendant(s), as his/her liability appears in the sum of Ten Thousand Dollars ($10,000), together with the costs and disbursements.

Dated: October 24th, 2023

**FURTHER AFFIANT SAYS NOT AND RESERVES RIGHT TO AMEND AT ANYTIME ANYPART OF THIS AFFIRMATION**

*Without prejudice, UCC 1308;1-103.6.All Rights Reserved*
/S/A/_____:Roman – Vladimirovich; Serpik:_____ Exhibit VIII.
Roman Vladimirovich Serpik Authorized Representative/Attorney-in-fact
for: ROMAN SERPIK, ROMAN SERPIK LLC, ROMAN VLADIMIROVICH SERPIK
c/o: 105 Janets Way, Suite C, Unit 228, Elk City, Oklahoma (73644)
P#: 1.888.699.0272 | F#: 1.877.633.5377 | E: sampleexample@protonmail.com

*Subscribed to and Sworn/Affirmed to Before God [Titus 1:2] this 23rd October 2023.*
Notary Signature: _____
Dated: 10-24-23
Print Name  Laurie Cassel  _____ Official Capacity of Officer

[Notary seal: LAURIE CASSEL, NOTARY, #16007344, EXP. 08/01/24, STATE OF OKLAHOMA]

**Enclosed:** 13-Pages of Exhibits + 6 Page COMPLAINT = 19+1 Page Summons    20 Total

6 | Page

**Exhibit 2**

 

# Beckham County Sheriff's Office & Detention Center

108 S. 3RD Street
Sayre, Ok 73662

erek W. Manning, Sheriff
eff Miller, Undersheriff

Admin. Main: 580-928-8951
Fax: 580-928-2262

"Integritas Imprimis"

## CUSTODY AUTHORIZATION FORM

Prisoner Name: Roman Serpik         DOB: 01/14/1984
SN: _____
Date/Time of Arrest: 10:03 AM 11/10/23        Arrest Location: Sheb Wooley & Roger Miller, Frick, Ok
Arresting Officer: TRP Vaughan          Agency: OHP

Charges for which prisoner was arrested (Statute # is required):

Check One (Misdemeanor/Felony)

1. Fail to Stop at Red light        ☒ M ☐ F
   Statute # _____
2. obstruction                       ☒ M ☐ F
   Statute # _____
3. _____                            ☐ M ☐ F
   Statute # _____
4. _____                            ☐ M ☐ F
   Statute # _____

Has the prisoner been admitted to bond for these charges?  ☐ Yes  ☐ No
If yes, what is the bond amount? _____

****If the prisoner has not been admitted to bond, it is the responsibility of the arresting agency to obtain bond for the charges and forward it to the Beckham County Detention Center prior to 48 hours after arrest.****

Medical: Has the prisoner been involved in or does he/she currently have any of the following:

| | | |
|---|---|---|
| Involved in a motor vehicle accident | ☐ Yes | ☒ No |
| Exhibiting any signs of trauma? | ☐ Yes | ☒ No |
| Exhibiting violent behavior? | ☐ Yes | ☒ No |
| Exhibiting signs or has made statements of suicidal tendencies? | ☐ Yes | ☒ No |
| Any signs of body vermin? | ☐ Yes | ☒ No |
| If treated by a doctor after arrest, has the prisoner been cleared of any medical problems? | ☐ Yes | ☒ No |

If yes, at which hospital did the prisoner received treatment? _____
What instructions were given? _____

IMPORTANT: No medically vulnerable prisoner will be accepted unless medically cleared by a doctor to be housed in or returned to general population. Written documentation of medical clearance MUST accompany the prisoner on book-in, which includes a description of services rendered and the signature of the doctor. Prisoners will be considered medically vulnerable and WILL NOT be accepted if they are unable to walk, are incoherent, have obvious injuries, have a BAC of .25 or above, have been given NARCAN or exhibit any other medical signs or symptoms deemed by BKSO medical staff to create a serious health risk to the prisoner, staff or facility.

Arresting Officer: TRP Colby Vaughan       Badge # 968
                    Print
Transporting Officer: TRP Colby Vaughan    Badge # 968
                       Print

Exhibit I.

Exhibit 2

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR BECKHAM COUNTY

| | |
|---|---|
| THE STATE OF OKLAHOMA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CM-2023-31 |
| ROMAN SERPIK | ) |
| ADDR: P.O. Box 241<br>Carter, OK 73627<br>DL: ****7126<br>SSN: ***-**-<br>DOB: January, 1984 | ) |
| Defendant(s). | ) |

BECKHAM COUNTY
FILED
JAN 25 2023
DONNA HOWELL, COURT CLERK
BY _____ DEPUTY

## INFORMATION

FOR:

COUNT 1: OBSTRUCTING OFFICER ~ 21 O.S. § 540, a MISDEMEANOR
COUNT 2: FAILURE TO STOP AT RED LIGHT ~ 47 O.S. § 11-202, a MISDEMEANOR

STATE OF OKLAHOMA, COUNTY OF BECKHAM:

I, Angela C. Marsee, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, give information that in said County of Beckham and in the State of Oklahoma, ROMAN SERPIK did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

**COUNT 1:** **OBSTRUCTING OFFICER ~ a MISDEMEANOR**, on or about the 19th day of January, 2023, by obstructing one Colby Vaughan, Oklahoma Highway Patrol, in the performance of said officer's official duty by refusing to give the officer his driver's license, name and date of birth.

This crime is punishable by imprisonment up to 1 year and/or up to $500, or both.

**COUNT 2:** **FAILURE TO STOP AT RED LIGHT ~ a MISDEMEANOR**, on or about the 19th day of January, 2023, while defendant was driving a 2013 silver Honda Odyssey van bearing 2023 OK MJY719, by failing to stop for a red signal traffic light at SH-30/Roger Miller Blvd, Erick, OK.

This crime is punishable by a fine of $10-$100 or imprisonment for up to 10 days.

ANGELA C. MARSEE
DISTRICT ATTORNEY

By: _____
Assistant District Attorney

**WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA**

Colby Vaughan, OHP-Troop H, Clinton, OK 73601

Exhibit II.

**Exhibit 2**

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR BECKHAM COUNTY

BECKHAM COUNTY FILED FEB 24 2021
DONNA HOWELL, COURT CLERK
BY _____ DEPUTY

STATE OF OKLAHOMA,
    Plaintiff,
vs.

Roman Vladimirovich Serpik,
ADDR: P.O. Box 241
      Carter, OK 73627
DOB:  January, 1984
DLN:  OREGON: A717126 Exp: 01/27
    Defendant.

Case No. TR-2020-1163
(OHP Citation N187803)

## MOTION TO DISMISS

I, Angela C. Marsee, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, move the Court to dismiss the above-entitled case for the following reason:

### IN THE INTEREST OF JUSTICE.

WHEREFORE, Angela C. Marsee, District Attorney, moves the court to dismiss the above entitled cause.

DATED this 24th day of February, 2021.

ANGELA C. MARSEE
DISTRICT ATTORNEY

By: _____
Assistant District Attorney

### ORDER

NOW, on this 24th day of February, 2021, this case comes on to be heard before me, the undersigned Judge in and for Beckham County, State of Oklahoma, and the Court being fully advised in the premises FINDS that said case should be, and the same is HEREBY DISMISSED WITHOUT PREJUDICE to any further action, the costs to the Defendant WAIVED; and said Defendant is discharged and the bondsman is released from any liability herein.

_____
JILL WEEDON
DISTRICT JUDGE

Exhibit III.

**Exhibit 2**

IN THE DISTRICT COURT OF BECKHAM COUNTY

STATE OF OKLAHOMA

BECKHAM COUNTY
FILED
JAN 2 6 2023
DONNA HOWELL, COURT CLERK
BY _____ DEPUTY

STATE OF OKLAHOMA – vs       )
                             )    CM-23-31
ROMAN SERPIK                 )

## INITIAL APPEARANCE

- [X] State of Oklahoma appearing by **Webb or Schweinle**, Assistant District Attorney.
- [X] Defendant appeared _X_ **in open Court** __ in jail by video and __ with Attorney _____.
- [X] Defendant has received a copy of the _X_ **Information** __ Motion or Application filed by the State.
- [X] Defendant admits true name & identifiers as charged. **Amendments:** _____.
- [X] Defendant was advised by the Court of the offense charged, constitutional rights and rights to counsel at all stages of proceedings.
- [ ] Defendant advised to complete Application for Court Appointed Counsel as soon as possible

### BAIL

- [X] Bond posted and same will stand __ **Bail fixed at $** _____. Defendant granted a $ _____ O.R. Bond.
- [ ] No contact with the victim(s) is ordered as a condition of bond _____.
- [ ] No alcohol/drug use is a condition of bond. ____ 12 step meetings ordered as a condition of bond.
- [ ] Other Orders/ Conditions: _____

### FELONY

- [ ] Defendant order to reappear for <u>Attorney Date</u> on _____ @ _____ ___m.
- [ ] Preliminary Hearing <u>Conference</u> set for _____ @ _____ ___m.
- [ ] <u>Preliminary Hearing</u> set for _____ @ _____ ___m.

### MISDEMEANOR

- [X] Defendant entered plea of _X_ NOT GUILTY
- [X] Defendant to reappear for _X_ Attorney Date __ Status Review on Feb 27th 2023 @ 1:30 P.m.
- [X] Defendant to reappear for Misdemeanor Docket on March 16th 2023 @ 1:30 P.m.
- [ ] The defendant enters a plea of GUILTY and expressly waived right to counsel & trial. The Defendant's plea is voluntary, without fraud or duress
- [ ] Defendant is guilty as charged as set forth in the Information. The punishment including fines & costs, is as set forth in the court's Sentencing Minute. __ Defendant acknowledges appeal rights.

### MOTION TO REVOKE/MOTION TO ACCELERATE

- [ ] Defendant ordered to reappear for <u>Attorney Date</u> on _____ @ _____ ___m.
- [ ] Motion to Revoke/Accelerate <u>Conf/ Dispo</u> set for _____ @ _____. __ On Misd Docket.
- [ ] Motion to Revoke/Accelerate <u>Hearing</u> set for _____ @ _____ ___m.

### FAILURE TO APPEAR

- [ ] Defendant fails to appear Bench Warrant authorized bond forfeited, bond set at _____.

01/26/23

_____
JUDGE OF THE DISTRICT COURT

Exhibit 2



# OKLAHOMA
### State Courts Network

he information on this page is NOT an official record. Do not rely on the correctness or completeness of
is information. Verify all information with the official record keeper. The information contained in this
eport is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this
iformation is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR BECKHAM COUNTY, OKLAHOMA

No. CM-2023-00031
(Criminal Misdemeanor)

*Evidence ROMAN SERPIK LLC was assigned*

STATE OF OKLAHOMA V. ROMAN SERPIK LLC      Filed: 01/25/2023

Judge: ROPER, HONORABLE MICHELLE K.

BECKHAM COUNTY
FILED
OCT 2 0 2023
DONNA HOWELL, COURT CLERK
BY _____ DEPUTY

## PARTIES

ERPIK, ROMAN LLC, Defendant
KLA. HIGHWAY PATROL, ARRESTING AGENCY
AUGHAN, COLBY #968, ARRESTING OFFICER

## ATTORNEYS

**Attorney**                          **Represented Parties**
PRO-SE

MARSEE, MS. ANGELA C.
DISTRICT ATTORNEY OF BECKHAM COUNTY
P.O. BOX 507
SAYRE, OK 73662

## EVENTS

**Event**                                  **Party**    **Docket**    **Reporter**

Thursday, January 26, 2023 at 8:30AM
ROPER-INITIAL APPEARANCE

Thursday, March 16, 2023 at 1:30PM
ROPER-MISDEMEANOR DOCKET

*Exhibit V*

**Exhibit 2**

IN THE DISTRICT COURT OF BECKHAM COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA
Plaintiff,

-vs-

Case Number: CM-2023-31

Roman Serpik, a/k/a,
:Roman-V; Serpik:, a/k/a
Roman Vladimirovich Serpik,
a/k/a Roman V. Serpik,
Defendant.

INSTRUCTIONS TO THE JURY

GIVEN IN THIS TRIAL BEGINNING ON THE

25th DAY OF OCTOBER, 2023

_____
JILL C. WEEDON
DISTRICT JUDGE

Exhibit VI.

**Exhibit 2**

Case 5:23-cv-01030-JD   Document 1-2   Filed 11/13/23   Page 13 of 19

*State v. Scapili*

BECKHAM COUNTY
FILED
OCT 2 0 2023
DONNA HOWELL, COURT CLERK
BY_____ DEPUTY

Trial Evidence  CM 23-31

# Maine Republic Email Alert     No.632

"...that I should bear witness unto the truth." — John 18:33 // David E. Robinson, Publisher

"...if the trumpet give an uncertain sound, who shall prepare himself for battle?" — I Corinthians 14:8 —     11/07/13

## Retired Judge Spills The Beans – by Judge Dale

**STUFF YOU'RE NOT SUPPOSED TO KNOW**

I didn't plan on writing a PART 5 but given the global movement in play to collapse the fiat financial dominance historically created and controlled by the Vatican; European Royal and Elite plus the retaliatory efforts by the United States Corporation to recoup their control of America; I felt a need to point out the flaws in their CORPORATE PROCESS.

You probably identify with this CORPORATE PROCESS as a LEGAL PROCESS but it really isn't about what is legal or lawful because all process is about the enforcement of CONTRACTS or the imposition and enforcement of CORPORATE REGULATIONS called STATUTES. The best advice you will ever receive is to: AVOID THEIR COURTS WHENEVER POSSIBLE.

There is NO justice to be found in those Courts unless you are a member of the Vatican; the Royal or Elite, or have purchased Diplomatic Immunity!

**THE COURTS:**

The only Constitutional Court in America is the International Court of Trades, which was created because no Foreign Nation Government would Trade with the Corporate United States, until they provided a way for these Foreign Nations to enforce their Trade Agreements with America.

NOTE: Historically, the World Court was created to provide Nations with a venue to enforce their Trade Agreements but the Corporate United States refused the Courts invitation to participate because they were denied control over the Court.

All of the other American Courts are pseudo courts or fictions and simply are



Corporate Administrative Offices designed to resemble Courts and all of their Judges are simply Executive Administrators designed to resemble Judges.

The purpose of these pseudo Courts is only to settle contract disputes and since George Washington's government was military in structure; if either party refuses to participate, these Courts cannot become involved and the dispute is dead in the water!

My use of the term "dead in the water" is not a canard because these pseudo Courts are unconstitutional Courts of Admiralty, the International Law of the Sea!

The Washington Monument was completed in 1884, as a tribute to George Washington and his military government, which is actually a sea-level obelisk that infers that all of America is "under water" and thus subject to the Laws of Admiralty as opposed or contrary to the intended Constitutional Civilian Government under Common Law.

The pseudo Judges of these pseudo Courts have NO powers without the Consent of both the Plaintiff and the Defendant. [AND] In every case the Judge must determine that he has Consent; Personam and Subject Matter Jurisdiction before he can act or access the Cesta Que Trust.

**NOTE:** All tradable Securities must be assigned a CUSIP NUMBER before they can be offered to investors. Birth Certificates and Social Security Applications are converted into Government Securities; assigned CUSIP NUMBERS; grouped into lots and then are marketed as a Mutual Fund Investments. Upon maturity, the profits are moved into a GOVERNMENT CESTA QUE TRUST and if you are still alive, the certified documents are reinvested.

It is the funds contained in this CESTA QUE TRUST that the Judge, Clerk and County Prosecutor are really after or interested in!

This Trust actually pays all of your debts but nobody tells you that because the Elite consider those assets to be *their* property and the Federal Reserve System is responsible for the management of those Investments.

Social Security; SSI; SSD; Medicare and Medicaid are all financed by the Trust. The government makes you pay TAXES and a potion of your wages supposedly to pay for these services, which they can borrow at any time for any reason since they cannot access the CESTA QUE TRUST to finance their Wars or to bail out Wall Street and their patron Corporations.

The public is encouraged to purchase all kinds of insurance protection when the TRUST actually pays for all physical damages; medical costs; new technology and death benefits.

The hype to purchase insurance is a ploy to keep us in poverty and profit off our stupidity because the Vatican owns the controlling interest in all Insurance Companies.

You may receive a monthly statement from a Mortgage Company; Loan

*Maine Republic Free State News, 3 Linnell Circle, Brunswick, Maine 04011*          1

**Exhibit 2**

Company or Utility Company, which usually has already been paid by the TRUST. Almost all of these corporate businesses double dip and hope that you have been conditioned well enough by their Credit Scams, to pay them a second time.

Instead of paying that Statement next time, sign it "accepted for value" (approved) and mail it back to them. If they then contact you about payment, ask them to send you a TRUE BILL instead of a Statement and you will be glad to pay it? A Statement documents what was due and paid, whereas a TRUE BILL represents only what is due. Banks and Utility Companies have direct access into these Cesta Que Trusts and all they neede is your name; social security number; and signature.

**CRIMINAL LAW:**

There are NO Criminal Laws in America because Criminal Laws would imply that the Corporate United States Government is a Sovereign that has absolute power over all living, flesh and blood Americans, which of course is not true because a corporation is a fiction and therefore cannot be Sovereign. Man is Sovereign and is in control of his own destiny and one day he will finally wake up and realize this to be true!

There are however Criminal Contracts being enforced against us and with our Consent, which are surreptitiously called: Criminal Statutes. Our Consent has been obtained by them visa vie our silence and failure to act or protest, which under law is defined as: Tacit Procuration.

(e.g.) **Tacit Procuration:** If someone accuses you of theft in writing and you fail to respond or deny those allegations in writing, your failure to deny or act is considered an admission of guilt!

(or) You receive a Bill for goods or services that you never ordered or received, and you fail to deny those allegations, your omission represents the truth of the matter, which imposes an obligation to pay! Collection companies frequently use Tacit Procuration to establish indebtedness to them on a discharged debt they had purchased from some corporate business.

Now you're probably thinking: No Criminal Laws? Well, that can't be true? A whole lot of people have been tried; convicted and are doing time in American Jails for breaking Criminal Laws!

And my response to that is: True, they are in Jail because they unknowingly accepted the Criminal Contract on behalf of their Birth Certificate and consented to be imprisoned as a condition of their conviction and punishment. Their lawyer didn't help any because he reinforced that situation by and through his Notice of Appearance to represent you. It is the Birth Certificate that is under arrest, which I will explain shortly!

**NOTE:** Criminal Contracts are graded according to the severity of the crime alleged and that grading is identified as either: Summary; Misdemeanor; Felony or Capital offenses.

The Criminal Process usually begins with a Police Officer issuing a Citation [or] making an arrest with or without a Warrant [or] the Police Officer [or] County Attorney prepares a complaint based upon a sworn affidavit or an information, which is presented to a Judge and a Warrant is then issued. The defendant is subsequently arrested and is brought before a Judge for arraignment.

The Complaint and Warrant will reflect your [BIRTH NAME] or identify you as a [JOHN DOE], if your name is unknown, which is typed out in all capital letters! This is not a mistake on their part because it is your Birth Certificate that is under arrest and not your living, flesh and blood person. The hope of these pseudo Courts is that the flesh and blood person will be intimidated enough to accept responsibility for the Birth Certificate! Sounds crazy but nothing is what it seems: "It's all Smoke and Mirrors."

Most Police Officer's do not know or have these details and believe in what they are doin and believe the lawyers who counsel them in law like they are Gods! Big mistake on their part because just like everyone else, they too have been vigorously lied to! You can't trust lawyers to be inherently honest!

Police Officers are instructed to always print or type the Defendants Name in capital letters but they are never told the reason why! As a precaution, you should always carry a copy of your Birth Certificate with you as part of your identification papers, which I will explain in the next paragraph.

At your Arraignment or Trial, the Judge will ask you if you are the named individual [ALL CAPS BIRTH NAME] on the complaint and your natural response will be to answer in the affirmative but that is exactly what you don't want to do!

Remove your Birth Certificate and respond to him by stating: I am making a Special Limited Appearance on behalf of the defendant who is right here and [hold up your Birth Certificate!]

Then state the following: As I understand this process Judge; the County Attorney [or] Police Officer has leveled a criminal charge with the Clerk and against the TRUST, using the ALL CAPS NAME that appears on this BIRTH CERTIFICATE! The use of capital letters is dictated by the US Printing Style Manuel, which explains how to identify a CORPORATION.

The Clerk, who is the ADMINISTRATOR of the CESTA QUE TRUST, then, appointed you Judge as the TRUSTEE for the TRUST and since neither of you can be the BENEFICIARY, that leaves me and therefore you are MY TRUSTEE!

So as MY TRUSTEE, I instruct you to discharge this entire matter, with prejudice and award the penalties for these crimes to be paid to me in compensation and damages for my false arrest!

**NOTE:** The Law of Trusts dictates that an Administrator, Trustee and Beneficiary cannot serve two positions in a Trust. So a Trustee cannot be a Beneficiary too!

The TRUSTEE Judge has no alternative but to honor your demands but you have to get this right and act with confidence! You really need to know this information well, so that you can't be hoodwinked or confused by either of them! They will or may attempt to play some mind games with you if you display any doubt; stammer or display a lack confidence! Appearances [the pomp and majesty] of these pseudo Courts, is

totally for your benefit and is intended to invoke fear and intimidation! If you show fear or intimidation, you get a pony ride!

**NOTE:** I've seen and heard of Judges and Prosecutors interfering with a defendant's response, which made the defendant, become confused and he was subsequently committed into a mental hospital for a psychiatric evaluation. The Judge and Prosecutor successfully twisted what the defendant was trying to say and then the Judge Ordered a mental evaluation.

Understand that the County Attorney will be forced to pay the Cost of Court out of his own pocket, if the case is discharged, so he isn't going to give up that easily; and the Judge, Clerk and County Attorney, stand to make a pretty penny off of your conviction and incarceration! So don't screw it up... If the County Attorney begins to act too cocky with you, you can take the wind out of his sails by asking him to produce the 1040 for this case? If he denies the need to do such a thing, inform him that you will be taking care of that for him ASAP [as soon as possible]!

He may move for a discharge at that point because you are a little too dangerous or smart! The last thing that Prosecutor wants is the IRS examining his files for the last seven years because he makes money on every conviction but he doesn't pay TAXES on this money as a Rule! He usually only declares the salary he receives.

Also: Should you accidentally find yourself in a mental hospital; the Psychiatrist who is assigned or appointed to evaluate you is just as corrupt as the Judge; Clerk and County Attorney and he will falsify all of your responses to him, just so that you are recommitted back into the mental facility with a review in six months! So lie to him and deny that you ever made such remarks! Of course, if you accept the criminal charges against your Birth Certificate, then you will instantly be deemed SANE!

Sorry that I had to be the one to tell you this but this is how corrupt many of my fellow Judges truly are and it should explain why my conscience caused me to retire early!

Before I learned what was really going on; I believed that my duties and performance were entirely Constitutional. I was lied too also!

**CITATIONS:**

The CITATION process can be handled much easier; through the mail. When a Police Officer issues you a CITATION, he is actually requesting you to CONTRACT with him! He is alleging in writing that you violated a corporate regulation, which you have accepted by signing and thus requires you to respond.

The Police Officer is instructed to explain that your signature is merely an acknowledgment that you received a copy of the CITATION but in actuality, your signature is notification to the Court and Judge that you have accepted or CONSENTED to this offer to CONTRACT, which also grants the Judge CONSENT; PERSONAM and SUBJECT MATTER jurisdiction over you and the case!

You can cancel that CONTRACT however by rescinding your CONSENT. The Federal Truth in Lending Act provides that any party to a CONTRACT may rescind his CONSENT, within three business days of entering into such a CONTRACT. So across the face of the CITATION you should print or type in large print, the following words:

**I DO NOT ACCEPT THIS OFFER TO CONTRACT, and
I DO NOT CONSENT TO THESE PROCEEDINGS.**

Use blue ink [for admiralty] or purple ink [for royalty]. Admiralty is the Court and Royalty represents your Sovereignty. Either way is appropriate. Sign your signature underneath in blue or purple ink and in front of a Notary and under your signature type: Without prejudice, UCC 1-308. This is another way to declare that you may not be held responsible for this Contract pursuant to the Uniform Commercial Code.

Serve the Cancelled Citation back on the Clerk / Court, along with a Certificate of Service, by Certified Mail, Return Receipt Requested. This kills the CITATION; removes your CONSENT and removes the JURISDICTION of the Court, all at the same time. It really is that simple!

**NOTE:** A Certificate of Service is a letter that first identifies the Citation and then defines how and when you returned the document to the Court and is signed. If not denied, it becomes a truth in commerce by Tacit Procuration.

Remember to keep a copy of everything, in case the Clerk attempts to trash your response, which certainly will not happen with a Certificate of Service or if it is mailed back by the Notary. The Notary is actually a Deputy Secretary of State and is more powerful than the Court Clerk!

Public Notaries originate from the time of the Egyptian and Roman Scribes who were the purveyors of certified documents, which are sworn affidavits. Certified documents and sworn affidavits are truth in commerce. [e.g.] Birth Certificates are certified documents on bonded paper. The word bonded is derived from bondage as in slavery, which makes all of us Bond Slaves to whomever retains custody of our original Birth Certificates. I bet you believed that the Emancipation Proclamation freed the slaves and it did for a short time and then the Birth Certificate and the 14th Amendment enslaved us all!

**SUMMONS and LAWSUITS:**

The SUMMONS process, whether it is defined as a Civil or Criminal Action, is once again an offer to CONTRACT, despite what words are used to command your appearance or response. It too can be cancelled just by following the same procedure as the CITATION process above. A million dollar lawsuit is no different than a CITATION and both can be cancelled! Hard to believe, isn't it?

Does your lawyer know about this? You bet he does but he is not permitted to embarrass the Court and besides, Court is where he makes his money!

**NOTE:** How many of you have ever attempted to avoid Jury Duty? All you had to do was cancel the SUMMONS [OFFER to CONTRACT]; Notarize it and mail it back to the Jury Commissioner.

**Exhibit 2**

Don't worry, they won't bother you because you are obviously too smart and may influence their Jury! The Jury [controls] the Court and not the Prosecutor and Judge, and if you know that, they lose and the defendant wins, which is why they prefer only the dumbed down candidates to serve on a Jury.

There are a few matters or issues that are next to impossible to circumvent or quash because of the depth of corruption within these pseudo Courts, such as child custody and the division of property resulting from a divorce. The Birth State claims the custody of your children pursuant to the Birth Certificate and records them under the Department of Transportation as a State owned Vessel!

A marriage is a CONTRACT and all that is required is a PRE-NUPIAL AGREEMENT to complete the marriage but if you are sufficiently indoctrinated to believe that a Judge or Mayor or a Minister or Priest, must join you in holy matrimony and you subsequently applied for a LICENSE; now you both have married the STATE as well! Now the State is entitled to its fair share of the division of your marital property should the marriage not work out or should you die [called probate]! Some people might say that a divorce should be included on this list of impossible issues but then they don't know what I know!

### DIVORCE:

An Action in Divorce is a request to break the LICENSED MARRIAGE CONTRACT. If you desire a divorce and your spouse refuses to consent to a divorce, no State Judge will grant you a Divorce Decree, because the Judge has not been granted the CONSENT of both parties! There is a way around this however, which your lawyer will never admit to because he cannot make any money from giving you truthful or sound advice!

NOTE: Puerto Rico is a United States Territory acquired from Spain and it still operates under Spanish Law. This was never changed by the Corporate United States when Puerto Rico became a US Territory, so first you need to fly to Puerto Rico.

Once in Puerto Rico, you can establish residency by simply opening a Post Office Box for a period of three days. Just after opening the Post Office Box, hire a local Paralegal to prepare an Action in Divorce for you. The Paralegal will file the divorce petition immediately, which is generally a certified form document and it will be heard by a Puerto Rican Judge within three days.

Under Spanish law, your spouse is not required to be served the divorce petition; only the divorce decree. Five days after the Decree, your former spouse will receive the divorce decree in the mail, written entirely in Spanish, which cannot be contested and must be honored by all US Federal and State Courts!

NOTE: Immediately after the Puerto Rican Judge declares you divorced, if you choose, you can marry again by Contract or by License. Both are legitimate, but no one will ever tell you that!

The division of marital property and custody of children is a much more complicated issue but at least the divorce cannot be utilized as leverage against you to divide up your property, less than proportionately, which is exactly why American Judges will not bifurcate the issues involved in a divorce. [e.g] Divorce; division of property; custody; support and alimony. The hope is that your desire to obtain a divorce is worth more to you than anything else you own, now or in the future!

### FORECLOSURE:

If you are involved in a FORECLOSURE or you are thinking about filing for BANKRUPTCY protection to buy you more time, instead of trying to defeat the corrupt Bank and your Creditors in a State or Federal Court, where the cards are certainly stacked against you, plan to file for BANKRUPTCY and do it this way, too insure that you come out on top! All BANKRUPTCY FORMS are printable; can be obtained on line and they can be completed in longhand with an ink pen.

The Forms to use are: B-1 through and including B-8. You only need to prepare and file the first five or six pages to obtain a Case Number and then you must sit through a Credit Counseling session, which can be done all in a day.

When you are completely finished with preparing your petition, you should have filed about 58 pages in total and the filing fee is around $280.00.

Here's the reason for using the Bankruptcy Courts: List all your debts on one schedule and when it comes to listing your assets include you BIRTH CERTIFICATE and its CUSIP NO. The value of the Mutual Fund Investment for your BIRTH Certificate can also be found on line using the Cusip Number under Fidelity Investments. You will discover that it is worth multi-millions but you must have the CUSIP NO. on your asset schedule or the Birth Certificate will be discharged as frivolous by the JUDGE or the TRUSTEE.

The Bankruptcy Judge will then appoint a LAWYER TRUSTEE to dissolve the Mutual Fund Investment; pay off your debts and the balance must be paid to you! This procedure usually attracts the attention of the (DOJ) Department of Justice because they don't want the LAWYER TRUSTEE to screw up and short change the Vatican, the Federal Reserve, and the Corporate United States, and so they tend to warn or threaten the LAWYER TRUSTEE to be very careful!

Most of these Mutual Fund Investments usually involve a group of between 10 to 25 Birth Certificates and so only a fraction of that Mutual Fund belongs to you! The Bankruptcy Judge will not certify the final disposition until the LAWYER TRUSTEE can prove his math and every aspect of his work because the Judge inherits responsibility for the Trustee's errors, if he made any!

After the first LAWYER TRUSTEE resigns, you can probably cut a deal with the DOJ or you can proceed on with the same Bankruptcy proceeding and the newly appointed LAWYER TRUSTEE! Now isn't that easier and better than attacking or defending yourself against the Bank and a bunch of greedy Creditors; knowing full well that the cards are stacked against you because of the Vatican and the Federal Reserve System?

While you are in Bankruptcy, you are protected. No one can proceed against

**Exhibit 2**

you for any debts or foreclosure, as long as you have a bond or sufficient assets; the Birth Certificate guarantees that aspect and while in Bankruptcy, you won't have to pay on any of those past debts!

Your debts will eventually be discharged and the balance of the Trust Fund is to go into your pocket! It's a WIN, WIN situation any way you shake it; and the Vatican, Government, and Bank loose the Trust Fund assets they planned to steal from you all along!

**NOTE:** There is a process to follow to determine your CUSIP NO [or] you can ask a Stock Broker friend to help you [or] hire a Broker on the side to assist you. There are people in the Patriot movement who also know how to apply the formula, which converts your Birth Registration Number and or Social Security Number into a Cusip Number. I paid to have mine done and discovered that I am worth about 167 million. It's all FIAT money but as long as it can be spent, who cares?

I hope that this entire expose' has enlightened and elevated your personal knowledge and will benefit you now and in the future.

*Pax vobiscum (Peace be with you).*

COMMON LAW HANDBOOK FOR
JUROR'S, SHERIFF'S, BAILIFF'S, AND JUSTICE'S
http://tinyurl.com/pe4zy33

MEET YOUR STRAWMAN AND
WHATEVER YOU WANT TO KNOW
http://tinyurl.com/pxmf9p4

THE UCC CONNECTION AND
HOW TO FREE YOURSELF FROM LEGAL TYRANNY
http://tinyurl.com/n9fntje

Justice and Judgment are the habitation of thy throne :
mercy and truth shall go before thy face. - Psa. 89:14

http://www.NationalLibertyAlliance.org

*"ad Christi potentium et gloriam"*
*(for the power and glory of Christ)*

Maine Republic Free State News, 3 Linnell Circle, Brunswick, Maine 04011         5

**Exhibit 2**

```
I-2023-001819        Book 2405 Pg 156
05/09/2023 2:42pm         Pg 0156-0172
Fee: $50.00   Doc: $0.00
Leasa Hartman - Beckham County Clerk
           State of OK
```

```
2023050102042061
05/01/2023 02:14:45 PM  Pgs: 17
Fee: $ 22.00
Maressa Treat, County Clerk
Oklahoma County - State of Oklahoma
```



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

In the care of, Rural Free Delivery 108 e main st, unit 241
Carter, Oklahoma (zip exempt-73627)
In the Real North America

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **ROMAN SERPIK** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| P.O. Box 241 | CARTER | OK / 73627 | |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b)...

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **ROMAN SERPIK LLC** | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 105 JANETS WAY, SUITE C, UNIT 228 | ELK CITY | OK / (73644) | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|  | :Roman- | Serpik: | V; |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| Rural Free Delivery:108 E. Main St.,Unit 241 | Carter | Ok / lahoma | usa |

**4. COLLATERAL:** This financing statement covers the following collateral:

All of Debtor(s) assets, land and personal property, and all Debtor(s) right, title and interest in land, and personal property, owned hereafter acquired, now exsisting and hereafter arising, ever located, described fully in the (attached) Security Agreement", "file 1111", and (attached) Indemnity-Bond "file# 2222". Inquiring parties should contact directly with Debtor(s) to ascertain in detail the financial relationship, contracted obligations associated with this commercial transaction identification in the Security- Agreement refrenced above. Adjustment with this filing is in accord UCC Section 1-103 and 1-101; House Joint Resolution 192 of June 5th, 1933, Public Law: Chapter 48, 48 Stat 112;

This is an updated agreement between the parties, last public record attached to this (2)-pages, UCC financing statement, + (6)-pages Security Agreement-File# 1111 & Notary Acknowledgment + Indemnity Bond-File# 2222 (3)-pages, and attached is: public record 20132708 07/22/2013 11:26AM Lila Herod, Moffat County Clerk (Colorado); (6 of 6-pages), and not-attached: 3-pages of Birth Certificate Receipt (3-p. Birth Certificate Bond available, upon written request). [17-pages total]
Affiant(s) Reserve Right to Amend by adendum any and all spelling/writting herein and-after.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility ☐ Agricultural Lien ☐ Non-UCC Filing

**6b.** Check only if applicable and check only one box:

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)





Exhibit VIII

**Exhibit 2**

I-2023-001819     Book 2405 Pg 157
05/09/2023 2:42pm     Pg 0156-0172
Fee: $50.00   Doc: $0.00
Leasa Hartman - Beckham County Clerk
State of OK

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

- 18a. ORGANIZATION'S NAME:
- OR 18b. INDIVIDUAL'S SURNAME:
  - FIRST PERSONAL NAME:
  - ADDITIONAL NAME(S)/INITIAL(S):   SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

- 19a. ORGANIZATION'S NAME: **ROMAN VLADIMIROVICH SERPIK**
- 19c. MAILING ADDRESS: **P.O. BOX 241** | CITY: **CARTER** | STATE: **OK** | POSTAL CODE: **73627** | COUNTRY:

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b)

- 20a. ORGANIZATION'S NAME: **ROMAN V. SERPIK**
- 20c. MAILING ADDRESS: **P.O. BOX 241** | CITY: **CARTER** | STATE: **OK** | POSTAL CODE: **73627** | COUNTRY:

**21. ADDITIONAL DEBTOR'S NAME:** (blank)

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME (blank)

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME (blank)

**24. MISCELLANEOUS:**

This Document is Attached to Creditor :R-V;S: (2)-page, UCC-1 + (6)-pages Security Agreement File# 1111 + Indemnity Bond-File# 2222, (3)-pages, + (6) page, Colorado UCC1 = [17-pages total]

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

Exhibit 2